Christopher Jorgensen
cjorgensen@lrlaw.com
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel. (702) 474-2642

Jonathan Rosenberg (*pro hac vice* application forthcoming)
William J. Sushon (*pro hac vice* application forthcoming)
B. Andrew Bednark (*pro hac vice* application forthcoming)
jrosenberg@omm.com
wsushon@omm.com
abednark@omm.com
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel. (212) 326-2104

Attorneys for Defendant Bank of America Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SECURITY SAVINGS BANK, | CASE NO. 2:12-CV-00534 |
| Plaintiff, | **BANK OF AMERICA CORPORATION'S CONSENT TO NOTICE OF REMOVAL** |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES CORPORATION; CWALT, INC.; and BANK OF AMERICA CORPORATION, | |
| Defendants. | |

1    Defendant Bank of America Corporation ("BAC") by and through its undersigned counsel,

2    hereby consent to the Countrywide Defendants'[1] removal under 28 U.S.C. §§ 1819(a), 1332,

3    1334(b), 1349, 1441, 1446 and 1452 of the action captioned *Federal Deposit Insurance*

4    *Corporation as receiver for Security Savings Bank v. Countrywide Financial Corporation, et al.*,

5    Case No. A-12-657023-B, from the Eighth Judicial District Court, Clark County, Nevada to the

6    United States District Court for the District of Nevada.  The grounds for removal are stated in the

7    Countrywide Defendants' March 30, 2012 Notice of Removal.

8    BAC expressly reserves, and does not waive, all rights and defenses, including (but not

9    limited to) defenses and objections under either state or federal law as to personal jurisdiction

10   and/or subject matter jurisdiction, improper service, insufficient service, improper party and

11   capacity to be sued.

12   Dated:   March 30, 2012                              Respectfully submitted,

13                                                        By: */s/* Christopher Jorgensen
                                                              Christopher Jorgensen
14                                                            cjorgensen@lrlaw.com
                                                              **LEWIS AND ROCCA LLP**
15                                                            3993 Howard Hughes Parkway, Suite 600
                                                              Las Vegas, Nevada 89169
16                                                            Tel. (702) 474-2642

17                                                        Of Counsel:

18                                                        Jonathan Rosenberg (*pro hac vice* application
                                                          forthcoming)
19                                                        William J. Sushon (*pro hac vice* application
                                                          forthcoming)
20                                                        B. Andrew Bednark (*pro hac vice* application
                                                          forthcoming)
21                                                        jrosenberg@omm.com
                                                          wsushon@omm.com
22                                                        abednark@omm.com
                                                          **O'MELVENY & MYERS LLP**
23                                                        7 Times Square
                                                          New York, New York 10036
24                                                        Tel. (212) 326-2000
                                                          *Attorneys for Defendant Bank of America*
25                                                        *Corporation*

26

27 _____

[1]   Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, and
28        CWALT, Inc. are referred to as the "Countrywide Defendants."

BANK OF AMERICA CORPORATION'S CONSENT TO NOTICE OF REMOVAL

1    CERTIFICATE OF SERVICE

2

3    The undersigned certifies that a copy of the foregoing document was served on counsel, through the court's electronic service system, on the 30th day of March, 2012.

4

5    /s/ Sue Silcott_____
an employee of Lewis and Roca LLP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

BANK OF AMERICA CORPORATION'S CONSENT TO NOTICE OF REMOVAL