# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE, )
CORPORATION, )
                              )
           Plaintiff, )    Case No. 2:12-cv-00534-JCM-GWF
                              )
vs. )    **ORDER**
                              )    Motion to Stay (#9)
COUNTRYWIDE FINANCIAL )
CORPORATION, et al., )
                              )
           Defendants. )

      This matter comes before the Court on Countrywide's Motion to Stay Pending the Judicial Panel on Multidistrict Litigation's Decision on Centralization (#9), filed on April 15, 2012; Opposition to Motion to Stay (#28), filed on May 2, 2012; and Reply in Support of Motion to Stay (#37), filed on May 14, 2012. Countrywide requests the Court stay all proceedings in this action, pending final determination by the Judicial Panel on Multidistrict Litigation (JPML) on whether to centralize this case with 19 other similar cases. Plaintiff opposes this motion, arguing that the Court should decide the pending Motion to Remand (#27) prior to staying this case.

      The pending Motion to Remand (#27) argues that this case should be remanded back to state court because removal of this matter was improper and this Court lacks jurisdiction. If this motion is granted, neither this Court nor the JPML will have jurisdiction over this matter. The Court will therefore stay this proceeding, except as to the pending Motion to Remand (#27). This decision is consistent with the district court's interpretation of the order staying case *FDIC v. Banc of America Securities*, 2:12-cv-00532-JCM-RJJ. Accordingly,

. . .

     **IT IS HEREBY ORDERED** that Countrywide's Motion to Stay Pending the Judicial Panel on Multidistrict Litigation's Decision on Centralization (#9) is **granted in part and denied in part**.  All proceedings in this matter will be stayed pending decision by the Judicial Panel on Multidistrict Litigation or the granting of the pending Motion to Remand (#27).

     DATED this 18th day of May, 2012.

                                                     */s/ George Foley, Jr.*
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge